No. 679. BARROW MANUFACTURING CO., INC., v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William R. Frazier* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondent.

No. 682. SPECTOR v. LADD, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard S. Friedman, Armin R. St. George* and *Paul L. O'Brien* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.

No. 685. STATE OF WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *John J. O'Connell,* Attorney General of Washington, for petitioner. *Solicitor General Cox, Roger P. Marquis* and *George S. Swarth* for the United States.

No. 686. CRUZ DE ORONA v. ORONA, ADMINISTRATRIX, ET AL. C. A. 2d Cir. Certiorari denied. *Milton Garber* for petitioner. *Daniel Flynn* and *Sidney Schmuckler* for respondents. Reported below: —— F. 2d ——

No. 690. NUNN, RECEIVER, ET AL. v. FELTINTON ET AL. C. A. 5th Cir. Certiorari denied. *Boyd Laughlin* for petitioners. *William D. Neary* and *Morris Harrell* for respondents.

No. 691. ALAIMO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.